# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 16-1350**  September Term, 2016

NLRB-10CA173537

Filed On: November 17, 2016 [1646697]

Pruitthealth-Virginia Park, LLC,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 16-1399

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the cross-application for enforcement.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                        BY:    /s/
                                          Amanda Harris
                                          Deputy Clerk